# Court of Appeals
# of the State of Georgia

ATLANTA,  May 31, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1580.  OMARI AKEEM FOSTER v. THE STATE.**

Omari Akeem Foster was convicted of armed robbery, and we affirmed his conviction on appeal.  *Foster v. State*, 318 Ga. App. 124 (733 SE2d 423) (2012). Foster later filed an extraordinary motion for new trial, which the trial court denied. Foster then filed a notice of appeal to this Court.  An order denying an extraordinary motion for new trial, however, must be appealed by application for discretionary appeal. OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997).  Foster's failure to comply with the discretionary appeal procedure deprives this Court of jurisdiction to consider his appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  05/31/2018
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*